IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-CV-105-GCM

| | |
|---|---|
| TW TELECOM HOLDING, INC., ) | |
| Plaintiff, ) | |
| v. ) | ORDER GRANTING |
| ) | ADMISSION PRO HAC VICE |
| CAROLINA INTERNET, LTC., ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** upon the motion of Plaintiff to allow **LUCAS F. HAMMONDS** to appear *Pro Hac Vice*, dated February 22, 2012 [doc.# 3].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Mr. Hammonds has paid the admission fee of Two Hundred Seventy Six ($276.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: February 23, 2012

Graham C. Mullen
United States District Judge