IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12CV105

| | |
|---|---|
| TW TELECOM HOLDINGS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| CAROLINA INTERNET, LTD., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

This matter is before the court upon motion of the Plaintiff to withdraw the reference and either dismiss the Complaint or transfer venue to the District of Colorado. A hearing was held in this matter on April 24, 2012. For the reasons stated in open court,

IT IS THEREFORE ORDERED that Plaintiff's motion to withdraw the reference is hereby granted;

IT IS FURTHER ORDERED that Plaintiff's motion to dismiss or transfer venue is hereby denied at this time with leave to refile; and

IT IS FURTHER ORDERED that this matter is hereby stayed pending the decision of the Tenth Circuit.

Signed: April 24, 2012

Graham C. Mullen
United States District Judge